# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 15, 2025

Lyle W. Cayce
Clerk

No. 25-20112
Summary Calendar

———————————

Sam Jones,

*Plaintiff—Appellant*,

*versus*

Miriam Gitau; Sharon Rowe-Phillips; Margaret Mubuge,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-3648

———————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:*

Sam Jones, Texas prisoner # 1787475, appeals the dismissal of his pro se 42 U.S.C. § 1983 complaint alleging the loss of $150 in commissary property. While incarcerated and prior to moving for leave to proceed in forma pauperis (IFP) on appeal, Jones brought three actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for

———————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20112

failure to state a claim upon which relief could be granted. *See Jones v. Knight*, 558 F. App'x 486, 486-87 (5th Cir. 2014) (two strikes); *Jones v. Wheeler,* No. 24-20042, 2024 WL 3384927, 1 (5th Cir. July 12, 2024) (unpublished). He is therefore barred from proceeding IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g). There is no allegation that Jones was under imminent danger of serious physical injury at any time from the loss of $150 in commissary property. *See id.* The district court improvidently granted Jones leave to proceed IFP on appeal.

Accordingly, Jones's IFP status is decertified, and the appeal is dismissed. Jones has 30 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; § 1915(G) BAR IMPOSED; APPEAL DISMISSED.